**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-35352-hdh13 |
| Gerald Kossie | § | Chapter 13 |
| Debtor, | § | |

**RESPONSE(NON-OPPOSITION) OF SN SERVICING CORPORATION AS MORTGAGE SERVICER FOR PRESTON RIDGE PARTNERS INVESTMENTS II TRUST TO TRUSTEE'S NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS [Doc. #104]**

COMES NOW, SN Servicing Corporation ("SN Servicing") as Mortgage Servicer for Preston Ridge Partners Investments II Trust ("Creditor"), who, for its Response to the Trustee's Notice of Amount Deemed Necessary to Cure Mortgage Arrears-Mid Case] [Doc. #104], would show the Court as follows:

1. Creditor **agrees** with the Trustee's Notice as to Pre Petition Arrearage, Court Claim #4, Trustee Claim #30 and that the principal amount necessary to cure the pre-petition mortgage arrearage claim to be paid by the Trustee is $0.00 as of the Date of the Trustee's Notice, having paid $42,000.00 on said claim as of the date of Trustee's Notice.

2. Creditor **agrees** with the Trustee's Notice as to Post-Petition Arrearage, Court Claim #4, Trustee Claim #39 and that the principal amount necessary to cure the post-petition mortgage arrearage claim to be paid by the Trustee is $0.00 as of the Date of the Trustee's Notice, having paid $17,377.80 on said claim as of the date of Trustee's Notice.

2. As to Court Claim #4, Trustee Claim #31, Creditor states that the Debtor **is** current on all post petition payments consistent with 11 U.S.C. § 1322(b)(5) of the Bankruptcy code, including all fees, charges, expenses, escrow, and costs. Creditor's next payment is due on June 1, 2018, as of the date this response is filed.

Respectfully submitted,

/S/RICHARD E. ANDERSON
Richard E. Anderson
State Bar No. 01209010
Anderson Vela, LLP
4920 Westport Drive
The Colony, Texas 75056
(214) 276-1545, Ext. 207 - Phone
(214) 276-1546 - Fax
RAnderson@Andersonvela.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the RESPONSE OF CREDITOR IN RESPONSE TO TRUSTEE'S NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS was served on the 21st day of May, 2018.  Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

/S/RICHARD E. ANDERSON
Richard E. Anderson

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

**Debtor**
Gerald Wayne Kossie a/k/a Gerald Kossie
635 Camden Court
Lancaster, TX 75146

**Debtor's Attorney**
Marcus B. Leinart
Leinart Law Firm
11520 N. Central Expressway
Suite 212
Dallas, TX 75243

**Trustee**
Thomas D. Powers
125 E. John Carpenter Freeway Suite 1100
Irving, Texas 75062

**US Trustee**
U.S. Trustee
1100 Commerce Street Room 976
Dallas, Texas 75242

**Attorneys for Creditors**

| | | |
|---|---|---|
| Sherrel K. Knighton<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214)880-0089<br>469-221-5003 (fax) | representing | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N Stemmons Frwy, Suite 1000<br>Dallas, TX 75207<br>(214) 880-0089 |

**RESPONSE TO TRUSTEES MID CASE**     **PAGE 3**

| | | |
|---|---|---|
| Sherrel.Knighton@lgbs.com<br>  *Assigned: 11/18/2014* | | (469) 221-5003 (fax)<br>*(Creditor)* |
| Kirk A. Schwartz<br>ShapiroSchwartz, LLP<br>13105 Northwest Freeway, Suite 1200<br>Houston, TX 77040<br>(713) 933-1577<br>(847) 879-4856 (fax)<br>kschwartz@logs.com<br>  *Assigned: 11/11/2014* | representing | Stonecrest Income and Opportunity Fund-1, LLC<br>*(Creditor)* |
| Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738<br>512-687-2500<br>512-477-1112 (fax)<br>ndecf@BDFGROUP.com<br>  *Assigned: 05/13/2015* | representing | SN Servicing Corporation<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001<br>*(Creditor)* |
| Donna Marie Wilkinson<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd.<br>Addison, TX 75001<br>(972) 341-3151<br>(972) 341-0526 (fax)<br>ndecf@bdfgroup.com<br>  *Assigned: 05/22/2015*<br>   *TERMINATED: 07/06/2016* | representing | US Bank Trust National Association<br>c/o SN Servicing Corporation<br>323 Fifth St.<br>Eureka, CA 95501<br>1-800-603-0836<br>*(Creditor)* |